UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

| | |
|---|---|
| RICHARD SANFORD<br><br>        Plaintiff,<br><br>   v.<br><br>BIODELIVERY SCIENCES INTERNATIONAL, INC., PETER S. GREENLEAF, JEFFREY A. BAILEY, TODD C. DAVIS, KEVIN KOTLER, VANILA M. SINGH, MARK A. SIRGO, AND WILLIAM MARK WATSON.<br>        Defendants. | Case No. 1:22-cv-01676-MKV<br>[rel. 1:22-cv-01600-MKV]<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action against Defendant BioDelivery Sciences International, Inc. ("Defendant"), with prejudice as to his individual claims only. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

 Dated: October 26, 2022

                         Respectfully submitted,

                         **WOHL & FRUCHTER LLP**

                         By: */s Joshua E. Fruchter*
                         Joshua E. Fruchter (JF2970)
                         25 Robert Pitt Drive, Suite 209G
                         Monsey, NY 10952
                         Tel: (845) 290-6818
                         Fax: (718) 504-3773
                         Email: jfruchter@wohlfruchter.com

                         *Attorneys for Plaintiff*