UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/17/2023
```

RICHARD SANFORD,

              Plaintiff,

-against-

BIODELIVERY SCIENCES INTERNATIONAL, INC., PETER S. GREENLEAF, JEFFREY A. BAILEY, TODD C. DAVIS, KEVIN KOTLER, VANILLA M. SINGH, MARK A. SIRGO, and WILLIAM MARK WATSON,

              Defendants.

22-cv-1676 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    In light of the notices of voluntary dismissal filed at docket entries 8 and 11, IT IS HEREBY ORDERED that this case is dismissed. The Clerk of Court respectfully is requested to close this case.

**SO ORDERED.**

Date:  February 17, 2023
       New York, NY

                                         */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**